### The City of Clay Center v. Jane Wright.
#### No. 13,133.  (72 Pac. 1098.)

Error from Clay district court; W. B. Glasse, judge. Opinion filed May 9, 1903.  Affirmed.

*Hy. W. Stackpole*, *W. P. Anthony*, and *R. C. Miller*, for plaintiff in error.
*Coleman & Williams*, for defendant in error

*Per Curiam:* We have examined the points of error assigned by the city and find nothing substantial in any of them. The negligence of the city was a matter for the consideration of the jury, and we find sufficient evidence in the record to justify the verdict. The instructions of the court fairly stated the law.

The judgment will be affirmed.